DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA GOLUB,

Appellant,

v.

KATIE NEFF-GOLUB, o/b/o L.G. and H.G.,

Appellee.

No. 2D2024-0813

_____

March 19, 2025

Appeal from the Circuit Court for Pinellas County; Evan Glenn Frayman, Judge.

J. Andrew Crawford of J. Andrew Crawford, P.A., St. Petersburg, for Appellant.

David L. Levy, Largo, for Appellee.

PER CURIAM.

Dismissed for lack of jurisdiction. *See Jamison v. Knox*, 392 So. 3d 279, 280 (Fla. 5th DCA 2024).

LaROSE, KHOUZAM, and MOE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.